UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-cv-14448-MIDDLEBROOKS/LYNCH

SANTIAGO ABREU,

    Plaintiff,

vs.

DRIFTWOOD PROPERTIES, LC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SANTIAGO ABREU, by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal of this Action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, DRIFTWOOD PROPERTIES, LC,("Defendant" ), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2. This case shall be dismissed against Defendant **with prejudice,** with each party bearing their own attorneys' fees and costs.

Dated November 21, 2016        BY:   /s/ Peter S. Leiner
                                                                 Jason S. Weiss
                                                                 Jason@jswlawyer.com
                                                                 Florida Bar No. 356890
                                                                 Peter S. Leiner
                                                                 Peter@jswlawyer.com
                                                                 Florida Bar No. 104527
                                                                 **WEISS LAW GROUP, P.A.**
                                                                 5531 N. University Drive, Suite 103
                                                                Coral Springs, FL 33067
                                                                Tel: (954) 573-2800
                                                                Fax: (954) 573-2798
                                                                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

BY: /s/ Peter S. Leiner
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
Peter S. Leiner
Peter@jswlawyer.com
Florida Bar No. 104527